IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CIVIL DIVISION

| | |
|---|---|
| SHARON DORSEY<br>1616 Butterfly Court<br>Columbus, Ohio 43223 | Case # |
| Plaintiff | Judge: |
| vs | |
| STRENGTH OF NATURE GLOBAL LLC<br>64 Ross Road<br>Savannah, GA 31405 | Refiling of Case No. 19 CV 003796<br>suit previously dismissed without<br>prejudice and assigned to Judge Lynch |
| and | |
| WAL-MART STORES INC.<br>702 SW 8th Ave.<br>Bentonville, Arkansas 72716 | |
| Defendants | |

COMPLAINT
(Jury Demand Endorsed Hereon)

Recitals:

1) At all times herein mentioned the defendant Wal-Mart stores Inc. offered for sale to their business invitees a product called "Motions Classic Formula Hair Relaxer", at the retail department store operated by said defendant and located at 3657 East Main St., Whitehall, Ohio.

2) In the late summer of 2017, the plaintiff purchased said product at the above identified retail department store. On or about September 30, 2017 the plaintiff proceeded to use said product in the manner directed by the package instructions contained on and in the packaging for said product.

3) "Motions Classic Formula Hair Relaxer" (hereinafter referred to as the "product") is manufactured, packaged, marketed, sold and distributed to various retail vendors, including the defendant Wal-Mart Stores Inc., by the Defendant Strength of Nature Global LLC

4) The "product" is marketed to the public as appropriate for home use and self – application.

**EXHIBIT B**

## COUNT 1

5) Plaintiff incorporates the averments of the recitals as if fully rewritten herein and further says that on September 30, 2017 she applied the product as directed by the manufacturer and experienced injury as follows: a) chemical burns of the scalp and forehead  b) breakage of her hair at or near the scalp line all of which caused her physical pain and great and protracted emotional distress for treatment of which she has incurred reasonable and necessary expense in a sum in excess of $47,000.

6) Plaintiff further says that said product was defective in that it contained an excess of chemicals greater than those specified by the manufacturer all as a result of a manufacturing defect and said product as sold failed to contain adequate warnings of the risks of use or appropriate application.

## COUNT 2

7) Plaintiff incorporates all prior averments of the complaint is a fully rewritten herein and further says that the defendant Wal-Mart Stores Inc. for good and viable consideration paid by the plaintiff sold said product to her and by force of law warranted to her that it was of good and merchantable quality. Said product as sold was not of good and merchantable quality resulting in damages to this plaintiff as herein described.

## COUNT 3

8) Plaintiff incorporates the averments previously made and says that the product as manufactured by Defendant Strength of Nature Global was defective and dangerous in the particulars heretofore described.

WHEREFORE, Plaintiff demands judgment against the defendants jointly and severally in a sum in excess of $25,000 but less than $75,000.

Respectfully submitted,

PLYMALE & DINGUS, LLC

*/s/ Ronald E. Plymale*
Ronald E. Plymale (0033032)
M. Shawn Dingus (0070201)
Adam Z. Morris (0096754)
136 West Mound Street, Suite 100
Columbus, Ohio 43215
Phone: (614) 542-0220

**EXHIBIT B**

Fax: (614) 542-0230
Email: rplymale@dinguslaw.com
sdingus@dinguslaw.com
amorris@dinguslaw.com
*Attorney for Plaintiff Sharon Dorsey*

## JURY DEMAND

Plaintiff demands trial by jury of eight (8).

Respectfully Submitted,
**/s/ Ronald E. Plymale**
Ronald E. Plymale (0033032)
M. Shawn Dingus (0070201)
Adam Z. Morris (0096754)

## EXHIBIT B